UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAH LOPEZ, ON BEHALF OF
STRATEGIC TRANSGENDER ALLIANCE
FOR RADICAL REFORM,

                              Plaintiff,                          21-CV-5721 (LTS)

              -against-                                          CIVIL JUDGMENT

HUDSON RIVER PARK TRUST, et al.,

                              Defendants.

Pursuant to the order issued July 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without

prejudice under 28 U.S.C. § 1654.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    July 12, 2021
          New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge